UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DEMEO,<br><br>      Plaintiff,<br><br>v.<br><br>WALMART, INC.,<br><br>      Defendant. | Case No. 2:25-cv-08672-SB-RAO<br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

     The Court held a mandatory scheduling conference (MSC) in this case on November 7, 2025. Plaintiff's lead counsel, Young Ryu, failed to appear in violation of the Court's Standing Order. Another attorney from Ryu's firm, Thomas Fay, appeared in his place.

     Ryu and Fay are therefore ordered to show cause, in person, on December 5, 2025, at 8:30 a.m. in Courtroom 6C why they should not be sanctioned under Federal Rule of Civil Procedure 16(f). *See* Fed. R. Civ. P. 16(f) (permitting sanctions where a party "fails to obey a scheduling or other pretrial order"). Counsel shall each file a written response to the order to show cause (OSC) no later than November 12, 2025, at 10 a.m. that: (1) address the failure to comply with the Court's order; (2) state whether counsel have previously appeared before this Court or another court in this district that requires lead counsel to appear at hearings; and (3) state whether they have ever been sanctioned by any court or agency or been the subject of an OSC for failing to follow any court rule or order.

Date: November 7, 2025

                                       Stanley Blumenfeld, Jr.
                                       United States District Judge