JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA DEMEO, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>WALMART, INC. a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 2:25-cv-08672-E<br><br>Judge: Hon. Charles F. Eick<br><br>~~PROPOSED~~ **ORDER RE JOINT STIPULATION FOR DISMISSAL**<br><br>Complaint Filed: August 8, 2025 |

Having reviewed and considered the Parties' Joint Stipulation to Dismiss the case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1) and finding good cause therefore, the Court hereby Orders that:

1.  The case is hereby dismissed with prejudice;

2.  Each side is ordered to bear his, her or its own costs.

///

///

///

-1-
~~PROPOSED~~ ORDER RE JOINT STIPULATION FOR DISMISSAL

**IT IS SO ORDERED.**

Date: 3/16/2026

_____

Hon. Charles F. Eick

-2-
~~PROPOSED~~ ORDER RE JOINT STIPULATION FOR DISMISSAL